# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EUGENIA DUMITRIEADE, ) | |
| ) | |
| Plaintiff, ) | Case No. 15-cv-10173 |
| v. ) | Hon. Matthew F. Leitman |
| ) | |
| SYNCHRONY BANK, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties set forth below,

IT IS HEREBY ORDERED that all claims that were or could have been brought in this matter are dismissed with prejudice, without costs or attorney fees to either side.

This Order closes this case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 3, 2015

Stipulated to by:

| | |
|---|---|
| Krohn & Moss, Ltd. | Segal Mccambridge Singer & Mahoney, LTD. |
| By: /s/Ryan S. Lee<br>Ryan S. Lee<br>Attorney for Plaintiff Eugenia Dumitrieade | By: /s/Alan J. Taylor<br>Alan J. Taylor (P51660)<br>Attorney for Defendant Synchrony Bank |